**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 2008
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert Minter

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Aramark Food Service
Jennifer Witherspoon,

**08CV1448
JUDGE GETTLEMAN
MAG. JUDGE COX**

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

   X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Robert Minter

   B. List all aliases: N/A

   C. Prisoner identification number: L122219

   D. Place of present confinement: Lake County Jail

   E. Address: 20 South, County Waukegan ILL, 60085

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: ArAmark Food Service
      Title: Food distrubtion
      Place of Employment: Lake County Jail

   B. Defendant: J. Witherspoon
      Title: CHief of Corrections of Lake county Jail
      Place of Employment: Lake County Jail

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the dates of the 8th 15th 22nd 28th of Febuary 2008 while Housed In Lake county Jail A.S.U which consist of 23-Hour lockdown on the Bear stanards of three meals only my Inmate Right to Freedom of Religious Affiliation on Voluntary Religious worship By forcen myself who claims the religious of muslim to particapate In the cHatloc tredition of lint Fridays where I was given dinner trays without meat For Four Fridays AFther the AsH wednesday I explain that my religious tradiction restricts the invclement of praticapaten In other religious exercises such as the practice of AsH wednesday on lint Friday. Lake County Jail cHief of Corrections was Advised I written Form by Request on by In Grievance that I would like to Exerice my Rights on be given A Alternative meal which doesnt invole the Religious tradiction of Lint THis was Also Forwarded to ArAmArk who **Imposed** this lint meal

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wont the Courts to Award me 50,000 dollars for Everytime the follcwen defendents did Provide me A Altenative to the Meatless meal Served By Aramark

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29th day of MAR, 20 08

Robert L Minter
(Signature of plaintiff or plaintiffs)

Robert L Minter
(Print name)

A122219
(I.D. Number)

PO Box 38
Waukegan, Ill 60079-0038
(Address)

6