**PRISONER CASE**



CAT 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** ROBERT MINTER

**Defendant(s):** ARAMARK FOOD SERVICE, et al.

**County of Residence:** LAKE

**County of Residence:**

**Plaintiff's Address:**
Robert Minter
L-122219
Lake - LCJ
P.O. Box 38
Waukegan, IL 60086

**Defendant's Attorney:**

FILED
MAR 11 2008
Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV1448**
**JUDGE GETTLEMAN**
**MAG. JUDGE COX**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *Q. E. Wrodham*  **Date:** 03/10/2008